UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| CHARLES A. BORELL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:18-cv-525-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| TED DEAN, *et al.*, | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |
| | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's Complaint [**R. 1**] is **DISMISSED**;

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket; and

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 26th day of November, 2018.

Gregory F. Van Tatenhove
United States District Judge